Tyler J. Bellis, OSB No. 082600
Email: tylerb@mcewengisvold.com
McEwen Gisvold LLP
1100 SW 6th Ave, Suite 1600
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATIONS FUND I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WESTWARD MANAGEMENT COMPANY, LLC, a Washington limited liability company; WESTWARD MANAGEMENT COMPANY II, LLC, a Washington limited liability company; WESTWARD PARTNERS, LLC, a Washington limited liability company; ALEXANDER CLARK, an individual; TRAVIS WILT, an individual; and ROBERT ANDREW BALDRIDGE, an individual,<br><br>Defendants. | Civil No. 6:20-cv-00498-KJI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Nations Fund I, LLC ("Plaintiff"), by and

through its undersigned counsel, and Defendants Westward Management Company, LLC

("Westward I"), Westward Management Company II, LLC ("Westward II"), Westward Partners,

**STIPULATION OF DISMISSAL WITH PREJUDICE**
Page 1 of 2
Case No. 6:20-cv-00498

**McEwen Gisvold LLP**
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
(503) 226-7321   Fax (503) 243-2687
tylerb@mcewengisvold.com

LLC ("Westward Partners", and collectively with Westward I and Westward II, "Westward"), Alexander Clark ("Clark"), Travis Wilt ("Wilt") and Robert Andrew Baldridge ("Baldridge", and collectively with Westward, Clark and Wilt, "Defendants"), by and through their undersigned counsel, being all of the parties to this action, stipulate and agree that this action be dismissed with prejudice and without an award of attorney fees or costs to Plaintiff or any Defendant.

DATED this 29th day of December, 2023.

McEWEN GISVOLD LLP

By:   */s/ Tyler J. Bellis*
    Tyler J. Bellis, OSB No. 082600
    *Of Attorneys for Plaintiff*

FARRELL FRITZ, P.C.

By:   */s/ Patrick T. Collins*
    Patrick T. Collins (*Pro Hac Vice*)
    Darren A. Pascarella (*Pro Hac Vice*)
    *Of Attorneys for Plaintiff*

FOSTER GARVEY P.C.

By:   */s/ Tara J. Schleicher*
    Tara J. Schleicher, OSB No. 954021
    *Of Attorneys for All Defendants*

**STIPULATION OF DISMISSAL WITH PREJUDICE**
Page 2 of 2
Case No. 6:20-cv-00498

**McEwen Gisvold LLP**
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
(503) 226-7321   Fax (503) 243-2687
tylerb@mcewengisvold.com